IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM D. ZITTERKOPFII, | |
| Petitioner, | 8:25CV703 |
| vs. | |
| STATE OF NEBRASKA, | MEMORANDUM AND ORDER |
| Respondent. | |

On December 8, 2025, Petitioner filed a Motion to Stay the case pursuant to *Rhines v. Weber* (the "Motion"). Filing No. 3. Upon consideration, the Court shall direct Respondent to file a response and allow Petitioner to reply prior to resolution of the Motion.

IT IS ORDERED that:

1. Respondent shall have until February 6, 2026, to file and serve a brief in response to Petitioner's Motion to Stay. Petitioner shall have 30 days from the date the response is filed to file his reply.

2. The Clerk of Court is directed to set a pro se case management deadline using the following text: **February 6, 2026**: deadline for Respondent's brief.

Dated this 7th day of January, 2026.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge