IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

WILLIAM D. ZITTERKOPF II,

Petitioner,

vs.

ROB JEFFREYS,

Respondent.

**8:25CV703**

**MEMORANDUM AND ORDER**

This matter is before the Court on a motion filed by Respondent seeking to extend his deadline to file a reply to Petitioner's brief[1] by 30 days to September 14, 2026. Filing No. 28. As cause, Respondent submits that additional time is needed to review the record and prepare a reply due to his workload in other cases, holiday schedule, and family illness. *Id.*

Good cause having been shown, IT IS THEREFORE ORDERED that:

1. Respondent's Motion, Filing No. 28, is granted. Respondent shall have until **September 14, 2026**, to file his brief.

2. The Clerk's Office is directed to set the following pro se case management deadline: **September 14, 2026**: check for Respondent's reply.

Dated this 18th day of August, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge

[1] *See* Filing No. 27.